

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JOSE BENAVIDES-ZAZUETA,<br>　　　　Defendant. | No. 1:10-MJ- 00189 GSA<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on July 26, 2010 to Time Served, IT IS HEREBY ORDERED that the defendant shall therefore be released to a United States Immigration and Customs Officer. A certified Judgment and Commitment order to follow.

DATED: ___July 26, 2010_____

　　　　　　　　　　　　　　　　　DENNIS L. BECK
　　　　　　　　　　　　　　　　　United States Magistrate Judge

9/26/96 exonbnd.frm

1